1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  MARK R. BECKINGTON, State Bar No. 126009
   Supervising Deputy Attorney General
3  GEORGE WATERS , State Bar No. 88295
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 210-6059
6    Fax:  (916) 324-8835
     E-mail:  George.Waters@doj.ca.gov
7  *Attorneys for Defendant Alex Padilla*

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

| | |
|---|---|
| **CITIZENS FOR FAIR REPRESENTATION; CITY OF FORT JONES; THE CALIFORNIA LIBERTARIAN PARTY; THE CALIFORNIA AMERICAN INDEPENDENT PARTY; THE MARIN COUNTY GREEN PARTY; MARK BAIRD; JOHN D'AGOSTINI; LARRY WAHL; SHASTA NATION INDIAN TRIBE; ROY HALL JR; WIN CARPENTER; KYLE CARPENTER; PATTY SMITH; KATHERINE RADINOVICH; DAVID GARCIA; LESLIE LIM; KEVIN MCGARY; TERRY RAPOZA; HOWARD THOMAS; MICHAEL THOMAS; STEVEN BAIRD; MANUEL MARTIN; OTHERS SIMILARLY SITUATED; AND DOES 1-30,** <br><br> Plaintiffs, <br><br> **v.** <br><br> **SECRETARY OF STATE ALEX PADILLA,** <br><br> Defendant. | 2:17-cv-00973 <br><br> **DEFENDANT'S OPPOSITION TO EX PARTE APPLICATION TO FILE BRIEFING** <br><br> Date:  N/A <br> Time:  N/A <br><br> Courtroom:  3 <br> Judge:  The Honorable Kimberly J. Mueller <br> Trial Date:  NA <br> Action Filed: 5/9/17 |

28

                                          1

1    Defendant Secretary of State opposes Plaintiffs' ex parte application to submit briefing on

2  two recent United States Supreme Court opinions.  Dkt. 53.  Plaintiffs offer no explanation why

3  the briefing is necessary.  If the recent opinions are relevant to a pending issue, that point could

4  be made via a citation of supplemental authority.  *See* Dkt. 53, Exh. C (email exchange between

5  counsel making this point).  But even then, the citation should explain the relevance of the new

6  authority.  *Cf.* F.R.App.Pro. 28(j).

7  Dated:  June 26, 2018                                  Respectfully submitted,

8                                                          XAVIER BECERRA
                                                           Attorney General of California
9                                                          MARK R. BECKINGTON
                                                           Supervising Deputy Attorney General
10

11

12                                                         */s/ George Waters*
                                                           GEORGE WATERS
13                                                         Deputy Attorney General
                                                           *Attorneys for Defendant Alex Padilla*
   SA2017107016
14  13137668.docx

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant's Opposition to Ex Parte Application to File Briefing  (2:17-cv-00973)

# CERTIFICATE OF SERVICE

Case Name:   **Citizens for Fair**           No.   **2:17-cv-00973**
             **Representation, et al. v.**
             **Secretary of State Alex Padilla**

I hereby certify that on <u>June 26, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S OPPOSITION TO EX PARTE APPLICATION TO FILE BRIEFING**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>June 26, 2018</u>, at Sacramento, California.


| Tracie L. Campbell | */s/ Tracie Campbell* |
|:---:|:---:|
| Declarant | Signature |

SA2017107016
13138213.docx